JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| HYUNDAI MOTOR AMERICA, INC. a California corporation, HYUNDAI MOTOR COMPANY, a Korean corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>PINNACLE GROUP, LLC, a Florida limited liability company, BOTTOM LINE PARTS, LLC and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 8:17-CV-00598-CJC/JPR<br><br>**FINAL    JUDGMENT    AND PERMANENT INJUNCTION**<br><br>**Honorable Cormac J. Carney** |

FINAL JUDGMENT AND PERMANENT INJUNCTION
Case No. 8:17-CV-00598 CJC-JPR

4830-2986-5053.v1
4821-0071-4334.v1

The Court, pursuant to the Stipulation for Entry of Final Judgment and Permanent Injunction ("Stipulation"), between Plaintiffs Hyundai Motor America, Inc. and Hyundai Motor Company ("PLAINTIFFS"), on the one hand, and Defendant Pinnacle Group, LLC ("DEFENDANT"), on the other, hereby ORDERS, ADJUDICATES and DECREES that final judgment and permanent injunction shall be and hereby is entered on the Complaint in the above-referenced matter as follows:

1.    **PERMANENT INJUNCTION**.  DEFENDANT, its officers, directors, managing members, members, employees, independent contractors, shareholders, predecessors, successors, and any related or affiliated entities, and all persons in active concert and participation with them are hereby permanently restrained and enjoined from intentionally and knowingly purchasing, importing, advertising, distributing, offering to sell, selling, or cooperating in any way, or assisting any third person or entity in any way, with the purchase, importation, distribution, advertisement, offer to sell or sale of any Hyundai auto parts, including but not limited to any parts that use or incorporate the Hyundai marks set forth in the attached Settlement Agreement.

2.    DEFENDANT is ordered to deliver immediately to the address specified in the separate Confidential Settlement Agreement by and between Plaintiffs and Defendant, all Hyundai products in its possession or under its control.

3.    This Final Judgment shall be deemed to have been served upon DEFENDANT at the time of its execution and entry by the Court.

4.    The Court finds there is no just reason for delay in entering this Permanent Injunction, and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Permanent Injunction against DEFENDANT.

5.    PLAINTIFFS are entitled to recover from DEFENDANT the sum of Fifty Thousand Dollars (50,000.00) on Plaintiffs Complaint for Damages subject to

1

the terms of a separate Confidential Settlement Agreement by and between PLAINTIFFS and DEFENDANT.

6. **<u>NO APPEALS AND CONTINUING JURISDICTION</u>**.  No appeals shall be taken from this Final Judgment and Permanent Injunction, and the parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Final Judgment and Permanent Injunction, and the Permanent Injunction herein.

7. **<u>NO FEES AND COSTS</u>**.  Each party shall bear its own attorneys' fees and costs incurred in this matter.

**IT IS SO ORDERED, ADJUDGED AND DECREED** this 28th day of February, 2018.

Dated: February 28, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION
Case No. 8:17-CV-00598 CJC-JPR

4830-2986-5053.v1
4821-0071-4334.v1